UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONCORDIA COMPANY, INC.,
Plaintiff

VS. C.A. No. 04-399S

QUEST MARINE GROUP, INC., ET AL.,
Defendants

**ORDER**

A status conference was scheduled in the above-captioned case for June 3, 2005. Plaintiff's counsel having failed to appear is hereby ordered to show cause, in writing, on or before June 24, 2005 why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

ORDER:

By: ____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 6/6/05