UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONCORDIA COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.<br>Defendants. | CIVIL ACTION NO. 04-00399 |

**RESPONSE TO SHOW CAUSE ORDER**

On June 6, 2005, this Court issued an order requiring that the undersigned counsel show cause why this case should not be dismissed for lack of prosecution. The Plaintiff, Concordia Company, Inc. ("Concordia") should be allowed to maintain this action and obtain judgment in this case for the following reasons:

1. This is a trademark action commenced by Concordia that seeks to enjoin the Defendants, Concordia Yachting Company Limited ("Concordia Thailand") and Quest Marine Group, Inc. ("Quest Marine") from their knowing and continuing infringement of plaintiff's federal registered trademark, Concordia Company (U.S. Service Mark Registration No. 1,505,187) and plaintiff's common law rights due to its longstanding use of the name in connection with the construction, manufacture, advertisement, promotion, sale, maintenance, and repair of both power and sailing vessels. Examples of the Defendants wrongful conduct includes advertising and marketing vessels under the "Concordia" name in the United States, including the registration at the Newport Rhode Island Boat Show.

2. Concordia filed a Verified Complaint with this Court on September 13, 2004.

3. Concordia made efforts to serve the Defendants, their registered agents, and attorney by certified mail, international mail, Federal Express and/or electronic mail. See Affidavit of Service, dated January 10, 2005 and the Affidavit of Kevin Cain filed simultaneously herewith. Service was successfully made on Concordia Thailand, Quest Marine's principal contact, Jean Larroux, and the Defendants' attorney, Larry Caroe.

4. Since Concordia filed the Complaint, much of the parties' efforts in this case have been focused on reaching a settlement agreement. Concordia and Concordia Thailand through counsel reached a settlement in principal in or around March 2005, wherein they agreed to either file an agreement for judgment containing a permanent injunction prohibiting Concordia Thailand from using the "Concordia" name in the United States, and in exchange Concordia would waive its claims to attorneys' fees and costs, or Concordia Thailand would not oppose Concordia's motion for a default judgment containing the same terms. To that end, Attorney Caroe represented to Concordia's counsel that Concordia Thailand had changed its website so that it would reference Celebrity Yachting instead of Concordia. See Cain Affidavit ¶¶ 3, 12; and Exhibit D.

5. Shortly after reaching the agreement in principal to settle, Concordia's counsel sent Attorney Caroe a draft agreement for judgment and notice of dismissal. See Cain Affidavit ¶ 8 and Exhibit E.

6. Despite follow up, Attorney Caroe has failed to respond. Cain Affidavit ¶ 8 and Exhibit F.

7. Concordia fully intends to prosecute this action, protect its trademark, and obtain judgment against the Defendants. To that end, Concordia has filed a motion for entry of default and judgment simultaneously with this Response.

8. Counsel's failure to appear at the status conference on June 3, 2005 was due to inadvertence in failing to properly diary the conference in his calendar. Cain Affidavit ¶ 10.

9. Concordia will be unfairly prejudiced if this action is dismissed, whereas the Defendants will not suffer any unfair prejudice if Concordia is allowed to prosecute this action.

10. Based on the foregoing, Concordia and its counsel respectfully request that this Court excuse counsel's failure to appear at the status conference and allow this case to proceed.

CONCORDIA COMPANY, INC.,

By its attorney,

Kevin C. Cain, R.I. Bar # 3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, Massachusetts 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Kevin C. Cain, hereby certify that on June 16, 2005, a copy of the foregoing document was served on the following people as follows:

By Electronic Mail:

Larry Caroe, Esquire
Saunders & Co.,
Attorneys at Law,
P. O. Box 257,
Town Centre Mall,
Providenciales,
Turks and Caicos Islands, B.W.I.
e-mail: lc@saunders.tc

By First Class Mail:

Jean Larroux
401 12th Avenue
Indian Rocks Beach, Florida 33785

By Global Priority Mail:

Concordia Yachting Co. Limited
5/7 Moo 4
Tambon Nguan Phra, Amphor Muang
Rayong 21150
Thailand

Kevin C. Cain