**Terri Pastori**

**From:** Kevin C. Cain
**Sent:** Thursday, February 03, 2005 10:10 AM
**To:** 'Larry Caroe'
**Cc:** 'ramacgregor@concordiaboats.com'; 'jcbassoc@rcn.com'
**Subject:** RE: Celebrity Website

Larry,

Thank you for your reply, which I am sending to my client for his consideration. I will draft an agreed judgment dealing with the use of the Concordia name in the United States and forward it to you for your review and consideration. Insofar as your client has voluntarily elected to change its name, does it also intend to ultimately change its URL from concordiayachts.com to something with the Celebrity Yachting name in it? If so, when is that going to occur?

Regards,

Kevin

---

**From:** Larry Caroe [mailto:lc@saunders.tc]
**Sent:** Wednesday, February 02, 2005 5:24 PM
**To:** Kevin C. Cain
**Subject:** FW: Celebrity Website

Dear Kevin:

You will see from the e-mail that I am forwarding that Concordia Yachting Co. Ltd. (Thailand) has changed its website so as to reference "Celebrity Yachting" instead of Concordia. Perhaps this will content your client.

I would like to put this matter to rest if we could.

Please advise since I have not heard from you lately pertaining to this matter.

Regards.

Larry Caroe

---

**From:** Jean Larroux [mailto:jlarroux@tampabay.rr.com]
**Sent:** Wednesday, February 02, 2005 12:35 PM
**To:** Tse Travel Address; Clinton Yuen; Andy Pitt; Larry Caroe
**Subject:** Celebrity Website

Thanks to Andy for getting the www.celebrityyachting.com web site up and running.

Jean