**Kevin C. Cain**

**From:** Kevin C. Cain
**Sent:** Thursday, March 03, 2005 12:55 PM
**To:** 'Larry Caroe'
**Cc:** 'ramacgregor@concordiaboats.com'; 'jcbassoc@rcn.com'
**Subject:** Concordia: Notice of Dismissal.DOC;Concordia: Agreement for Judgment.DOC

Larry,

Please review the attached Agreement for Judgment and Voluntary Dismissal, which we propose to file to conclude the litigation. Also, I am still awaiting your reply to my earlier inquiry regarding the continued use of the www.concordiayacht.com URL. I gather from the most recent changes to your client's website that your client intends to continue operating under the name Concordia Yachting Company Limited [Thailand] except in North America where it will now operate as Celebrity Yachting Co, Ltd. A separate Celebrity website has been created with its own URL but it is linked to the www.concordiayacht.com website. The continued use of the "Concordia" name in the URL could still lead to confusion therefore I request again that your client consider the addition of disclaimer language on its website indicating no affiliation with Concordia Company, Inc. of South Dartmouth Massachusetts.

Regards,

Kevin

Concordia_ Notice of Dismissal...

Concordia_ ]reement for Judgm