UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONCORDIA COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.<br>Defendants. | CIVIL ACTION NO. 04-00399 |

**ADDENDUM TO MOTION OF THE PLAINTIFF, CONCORDIA COMPANY, INC. FOR ENTRY OF FINAL JUDGMENT**

The Plaintiff, Concordia Company, Inc. ("Concordia"), hereby files this Addendum to its Motion for Final Judgment against the Defendants, Concordia Yachting Company, Limited ("Concordia Thailand") and Quest Marine Group, Inc. ("Quest Marine"). The Clerk recently entered a default against the Defendants, and Concordia has moved for the entry of final judgment. Since the filing of Concordia's Motion for Final Judgment, the undersigned received an executed Agreement for Judgment from Concordia Thailand's counsel, Larry Caroe. A copy of the executed Agreement for Judgment is filed simultaneously herewith as Exhibit A to Kevin Cain's Affidavit. In light of the executed Agreement for Judgment, Concordia respectfully requests that this Court enter judgment against Concordia Thailand pursuant to the Agreement. Because Defendant Quest Marine is not a party to the Agreement for Judgment, Concordia respectfully requests that this Court grant its Motion for Final Judgment as against Quest Marine.

WHEREFORE, Plaintiff respectfully requests that the Court enter final judgment against Concordia Thailand as outlined in Concordia Thailand's agreement with Concordia, grant its Motion for Final Judgment with respect to Quest Marine, and grant such further relief as this Court deems just and equitable.

CONCORDIA COMPANY, INC.,

By its attorney,

Kevin C. Cain, R.I. Bar # 3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, Massachusetts 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Kevin C. Cain, hereby certify that on July _(_, 2005, a copy of the foregoing document was served on the following people as follows:

By Electronic Mail:

Larry Caroe, Esquire
Saunders & Co.,
Attorneys at Law,
P. O. Box 257,
Town Centre Mall,
Providenciales,
Turks and Caicos Islands, B.W.I.
e-mail: lc@saunders.tc

By First Class Mail:

Jean Larroux
401 12th Avenue
Indian Rocks Beach, Florida 33785

By Federal Express International:

Concordia Yachting Co. Limited
5/7 Moo 4
Tambon Nguan Phra, Amphor Muang
Rayong 21150
Thailand

Kevin C. Cain

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONCORDIA COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.<br>Defendants. | CIVIL ACTION NO. 04-00399 |

## AFFIDAVIT OF KEVIN C. CAIN

I, Kevin C. Cain, hereby depose under oath and state as follows:

1. I am admitted to the bar of the United States District Court for the District of Rhode Island, and am in good standing. I am counsel to the Plaintiff, Concordia Company, Inc. ("Concordia") in this matter.

2. The Clerk recently entered a default against the Defendants, Concordia Yachting Company Limited ("Concordia Thailand") and Quest Marine Group, Inc. ("Quest Marine"). Concordia has moved for final judgment.

3. On June 30, 2005, after I had mailed Concordia's Motion for Final Judgment to the Court, I received an email from Concordia Thailand's attorney, Larry Caroe, which enclosed an executed Agreement for Judgment between Concordia and Concordia Thailand. A copy of Attorney Caroe's email and the executed Agreement for Judgment are attached hereto as Exhibit A.

4. The Agreement for Judgment is in substantially the same form as the one attached as Exhibit 1 to Concordia's Motion for Final Judgment except that the one Attorney Caroe executed

relates exclusively to Concordia Thailand. The proposed judgment submitted with the Motion for Final Judgment is against both Concordia Thailand and Quest Marine Group, Inc.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1st DAY OF JULY 2005.

Kevin C. Cain, R.I. Bar # 3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, Massachusetts 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Kevin C. Cain, hereby certify that on July 1, 2005, a copy of the foregoing document was served on the following people as follows:

By Electronic Mail:

Larry Caroe, Esquire
Saunders & Co.,
Attorneys at Law,
P. O. Box 257,
Town Centre Mall,
Providenciales,
Turks and Caicos Islands, B.W.I.
e-mail: lc@saunders.tc

By First Class Mail:

Jean Larroux
401 12th Avenue
Indian Rocks Beach, Florida 33785

By Global Priority Mail:

Concordia Yachting Co. Limited
5/7 Moo 4
Tambon Nguan Phra, Amphor Muang
Rayong 21150
Thailand

Kevin C. Cain