**Kevin C. Cain**

**From:** Larry Caroe [lc@saunders.tc]
**Sent:** Thursday, June 30, 2005 5:04 PM
**To:** Kevin C. Cain
**Subject:** FW: Internet Fax MAIL

Image.tif (44 KB)

Dear Kevin:

Attached is the signed Agreement for Judgment. I am sorry for the delay, but I have been away.

Hopefully, with this document, you can bring an end to this matter.

Thanks.

Larry Caroe

-----Original Message-----
From: Saunders & Co [mailto:efax@saunders.tc]
Sent: Thursday, June 30, 2005 3:57 PM
To: lc@saunders.tc
Subject: Internet Fax MAIL

Sent using a Xerox WorkCentre Pro system. If required, find a viewer at:

http://www.xerox.com/drivers

Transmis par un WorkCentre Pro. Pour obtenir un afficheur:

Enviado usando o sistema Xerox WorkCentre Pro. Se preciso, localize um visualizador em:

Enviado usando un sistema Xerox WorkCentre Pro. Si es necesario, encuentre un visor en:

Mit Hilfe eines Xerox WorkCentre Pro abgeschickt. Wenn erforderlich, ein Ansichtprogramm herunterladen von folgender Website:

Inviato con sistema Xerox WorkCentre Pro. Se richiesto, trovare un visualizzatore:

http://www.xerox.com/drivers

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONCORDIA COMPANY, INC.,
Plaintiff,

v.

CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.

Defendants.

CIVIL ACTION NO. 04-00399

## AGREEMENT FOR JUDGMENT

To the Clerk of the Above-Named Court:

It is hereby agreed that the following entry be made in the above-entitled action:

1. Judgment in favor of the Plaintiff on all counts in the Verified Complaint in the amount of zero dollars and zero cents with no interest thereon.

2. Concordia Yachting Company Limited agrees that the Plaintiff has the superior rights in the mark "Concordia" in connection with the construction, manufacture, advertisement, promotion, sale, maintenance and/or repair of boats in the United States.

3. Concordia Yachting Company Limited agrees on behalf of itself and its officers, agents, servants, employees, attorneys, successors, assigns, members, and all persons in active concert or participation with them, to be permanently enjoined and restrained from further acts of promotion, sale, offering for sale, distributing or advertising of any products and services under the name Concordia and further use of said mark, design, and name Concordia (and colorable variants thereof) in the United States.

4. The parties waive all rights of appeal and each party shall bear its own costs and attorneys' fees.

5. This Court retains jurisdiction of this case for purposes of enforcing this agreement for judgment. Any violation hereof shall be punishable by civil contempt proceedings, or as otherwise provided by law.

| | |
|---|---|
| Respectfully submitted,<br>CONCORDIA COMPANY, INC.,<br><br>By its attorneys,<br><br>Kevin C. Cain, R.I. # 3960<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, Massachusetts 02110<br>(617) 951-2100 | Respectfully submitted,<br><br>CONCORDIA YACHTING COMPANY LIMITED<br><br>Vice - President |

PABOS2:TPASTOR:609296_1
9999-99999