UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONCORDIA COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.<br>Defendants. | CIVIL ACTION NO. 04-00399 |

**MOTION OF THE PLAINTIFF, CONCORDIA COMPANY, INC. FOR ENTRY OF FINAL JUDGMENT**

The Plaintiff, Concordia Company, Inc. ("Concordia"), hereby requests that final judgment be entered against the defendants, Concordia Yachting Company, Limited ("Concordia Thailand") and Quest Marine Group, Inc. ("Quest Marine") pursuant to Fed. R. Civ. P. 58. In support of this motion, Concordia states as follows:

1. This is a trademark action commenced by Concordia seeking to enjoin the Defendants Concordia Thailand and Quest Marine from their knowing and continuing infringement of plaintiff's federal registered trademark, Concordia Company (U.S. Service Mark Registration No. 1,505,187) and plaintiff's common law rights due to its longstanding use of the name in connection with the construction, manufacture, advertisement, promotion, sale, maintenance, and repair of both power and sailing vessels. Examples of the Defendants wrongful conduct includes advertising and marketing vessels under the "Concordia" name in the United States, including registration at the Newport Rhode Island Boat Show.

2. Concordia filed a Verified Complaint with this Court on September 13, 2004.

3. As outlined in its motion for entry of default against the Defendants, the Defendants and/or their agents have been served with the Complaint and other suit papers and have failed to appear and respond.

4. The Clerk of this Court entered a default against the Defendants on June 21, 2005.

5. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Concordia requests that final judgment in the form attached hereto as Exhibit 1 be entered against the Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court enter final judgment in the form attached hereto as Exhibit 1 and grant such further relief as this Court deems just and equitable.

CONCORDIA COMPANY, INC.,

By its attorney,

Kevin C. Cain, R.I. Bar # 3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, Massachusetts 02110
(617) 951-2100

**CERTIFICATE OF SERVICE**

I, Kevin C. Cain, hereby certify that on June 30, 2005, a copy of the foregoing document was served on the following people as follows:

By Electronic Mail:

Larry Caroe, Esquire
Saunders & Co.,
Attorneys at Law,
P. O. Box 257,
Town Centre Mall,
Providenciales,
Turks and Caicos Islands, B.W.I.
e-mail: lc@saunders.tc

By First Class Mail:

Jean Larroux
401 12th Avenue
Indian Rocks Beach, Florida 33785

By Federal Express International:

Concordia Yachting Co. Limited
5/7 Moo 4
Tambon Nguan Phra, Amphor Muang
Rayong 21150
Thailand

Kevin C. Cain