UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONCORDIA COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.<br>Defendants. | CIVIL ACTION NO. 04-00399 |

**JUDGMENT**

1. Judgment in favor of the Plaintiff on all counts in the Verified Complaint in the amount of zero dollars and zero cents with no interest thereon.

2. The Plaintiff, Concordia Company, Inc. has the superior rights in the mark "Concordia" in connection with the construction, manufacture, advertisement, promotion, sale, maintenance and/or repair of boats in the United States.

3. Concordia Yachting Company Limited, Quest Marine Group, Inc, and their officers, agents, servants, employees, attorneys, successors, assigns, members, and all persons in active concert or participation with them, are permanently enjoined and restrained from further acts of promotion, sale, offering for sale, distributing or advertising of any products and services under the name Concordia and further use of said mark, design, and name Concordia (and colorable variants thereof) in the United States.

4. The plaintiff shall bear its own costs and attorneys' fees.

By the Court:

____________________________