UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONCORDIA COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>CONCORDIA YACHTING COMPANY LIMITED and QUEST MARINE GROUP, INC.<br>Defendants. | CIVIL ACTION NO. 04-399-WES |

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ALL CLAIMS ASSERTED AGAINST QUEST MARINE GROUP, INC.

The plaintiff, CONCORDIA COMPANY, INC. ("Concordia") hereby provides notice pursuant to Fed. R. Civ. P. 41(a)(1) of its voluntary dismissal without prejudice of all claims asserted in this civil action.

PLAINTIFF,
CONCORDIA COMPANY, INC.

By its attorneys,

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/13/05

[signature]

Kevin C. Cain - R.I. Bar #3960
Peabody & Arnold LLP
30 Rowes Wharf
Boston, Massachusetts 02110
(617) 951-2100

Dated: July 11, 2005

PABOS2:KCAIN:618510_1
13808-90890

FILED